FILED
MAR 0 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE  LG

AO 240 (DELAWARE REV 7/06)

**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

Plaintiff  Joseph Bostic,     APPLICATION TO PROCEED
                              WITHOUT PREPAYMENT OF
V.                            FEES AND AFFIDAVIT

Defendant(s) C.M.S. - PHS - FMS  CASE NUMBER:
DR. Ko'S
DR. Ivens a DR ostreick. a medical staff

I, Joseph BosTia, declare that I am the (check appropriate box)
☒ Petitioner/Plaintiff/Movant  ☐ Other  in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

06  150

1.  Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to Question 2)

    If "YES" state the place of your incarceration

    Are you employed at the institution?  ☐ Yes ☒ No

    Do you receive any payment from the institution?  ☐ Yes ☒ No

    <u>Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. Ledger sheets are not required for cases filed pursuant to 28:USC §2254.</u>

2.  Are you currently employed? ☐ Yes ☒ No

    a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment       ☐ Yes ☒ No
    b. Rent payments, interest or dividends                ☐ Yes ☒ No
    c. Pensions, annuities or life insurance payments      ☐ Yes ☒ No
    d. Disability or workers compensation payments         ☐ Yes ☒ No
    e. Gifts or inheritances                               ☐ Yes ☒ No
    f. Any other sources                                   ☐ Yes ☒ No

    If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?  ☐ Yes ☒ No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   NONe

I declare under penalty of perjury that the above information is true and correct.

Date: 1/10/2004                Signature of Applicant  Joseph Rutko

W. H Messed  Joe Willrow

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ _____ on account his/her credit at (name of institution) _____ *see Statement* _____.

I further certify that the applicant has the following securities to his/her credit:
_____.

I further certify that during the past six months the applicant's average monthly balance was $ _____

and the average monthly deposits were $ _____    *Joseph Booke*

*16/10/2004*
Date                                                                    Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

*Witnessed by*
*Joe Miller*

**ORIGINAL**

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
### MEMORANDUM

TO: Joseph Bostic     SBI#: 143792     06-150

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: February 7, 2006

FILED
MAR 06 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

---

Attached are copies of your inmate account statement for the months of August 1, 2005 to January 31, 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Aug | .23 |
| Sept | .23 |
| Oct | .04 |
| Nov | 0 |
| Dec | 0 |
| Jan | 10.16 |

Average daily balances/6 months: 1.79

Attachments
CC: File

Stacy Shane
2/7/06

Michael L. Funk
Notary Public
2/8/06

## Individual Statement - No Transactions This Month

Date Printed: 2/7/2006                                                                                          Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00143792 | Bostic | Joseph | | | |
| Current Location: | INF | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold:      $0.00

Total Amount Currently on Non-Medical Hold:  $0.00

# Individual Statement

Date Printed: 2/7/2006

## For Month of September 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.23 |
|---|---|---|---|---|---|---|
| 00143792 | Bostic | Joseph | | | | |

Current Location: INF      Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/22/2005 | $0.00 | $0.00 | ($1.48) | $0.23 | 161156 | | 12/05/04 | |

Ending Mth Balance: $0.23

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 2/7/2006

Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.23 |
|---|---|---|---|---|---|---|
| 00143792 | Bostic | Joseph | | | | |

Current Location: INF       Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/6/2005 | ($0.23) | $0.00 | ($1.25) | $0.00 | 168173 | | 12/05/04 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement - No Transactions This Month

Date Printed: 2/7/2006                                                                 Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00143792 | Bostic | Joseph | | | |
| Current Location: | INF | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold:     $0.00
Total Amount Currently on Non-Medical Hold: $0.00

## Individual Statement - No Transactions This Month

Date Printed: 2/7/2006                      Page 1 of 1

### For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00143792 | Bostic | Joseph | | | |
| **Current Location:** | INF | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of January 2006

Date Printed: 2/7/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00143792 | Bostic | Joseph | | | $0.00 |

Current Location: INF

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 1/23/2006 | $35.00 | $0.00 | $0.00 | $35.00 | 212140 | 54929270210 | | GREATER FAITH MINI |

Ending Mth Balance: $35.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00