ORIGINAL

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Joseph Bostic
(Enter above the full name of the plaintiff in this action)

V.

CMS - PHS - FMS
DR KO   DR OSTRICH
DR IVEN AND Medical Staff

(Enter above the full name of the defendant(s) in this action

FILED
MAR 0 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

06-150

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [ ]    NO [✓]

   B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1.  Parties to this previous lawsuit

   Plaintiffs    NONE

   Defendants    NONE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH BOSTIC, | ( |
|     Plaintiff, | ( |
| | (   Civil Action No. |
| V. | (   JURY TRIAL DEMANDED |
| | ( |
| C.M.S.-PHS-FMS | ( |
| DR. KO'S | ( |
| DR. IVENS & DR. OSTRICH, | ( |
| AND MEDICAL STAFF | ( |
|     Defendants, | ( |

## COMPLAINT

For his Complaint against Defendants C.M.S.-PHS-FMS (Medical Provider) Dr. Ko's, Dr. Ivens and Dr. Ostrich, AND Medical Staff plaintiff Joseph Bostic alleges as follows:

## JURISDICTION AND VENUE

1. This Court has jurtisdiction pursuant to 28 U.S.C. 1331. This action arises under the Constitution, laws or treaties of the United States.

2. This Court also has supplemental jurisdiction over this action pursuant to 28 U.S.C. 1367.

3. Venue is proper in the District of Delaware pursuant to 28 U.S.C. 1391(a)(2). The subject matter of this action arose in this district, and the parties are subject to personal jurisdiction in this district.

1

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff __Joseph Bostic__

Address __D.O.C Smyrna Delaware 19977__

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant __Dr. Iven__ is employed as __Head Doctor over Three County at Gander hill prison And All In The State__

C. Additional Defendants __Cms medical staff who knew about all my cancaled appointments the same with PHS and FMS my records were past over to them, PHS. FMS.__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I, Joseph Bostic came from SCI georgetown in 1996 And put on dialysis, for Kidney failure, I'm diabetic. 1997 I Began Having problems with my Eyes, I had caderack's I was sent to Dr. Ko who said Need major surgery, From Then on to 2003 Medical kept postponing visits to the DR My Eyes started to Bleeding inside. My sight got worse 2003 And I was moved to D.O.C -3- Smyrna, They sent to of Dr. Ko, And she said it was to late All the not seeing eye DRs made My last surgery no help

2. Court (if federal court, name the district; if state court, name the county)

   _____NONE_____

3. Docket number __X_____

4. Name of judge to whom case was assigned __NONE_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____NONE_____

6. Approximate date of filing lawsuit __X_____

7. Approximate date of disposition __X_____

II.  A. Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

   C. If your answer is YES,

      1. What steps did you take? I had wrote the Grievence because they kept cansoling my Appointments

      2. What was the result? they said They (Medical Staff) would make Another Appointments (ASAP)

   D. If your answer is NO, explain why not __X_____
      __X_____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [✓] No [ ]

   F. If your answer is YES,

      1. What steps did you take? They had a Grievence Board But I Still conphined to Dialysis Dotors And Staff

      2. What was the result? They told me to Be patient I was Schaduled Soon.

-2-

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.)

A. That this Court enter Judgement For Me Bostic.
And against defendants For damages, both Actual & Punitive,
in an amount to be proven at trial.
B. That this Court enjoin Defendants From the Future
(see Back)

Signed this __6__ day of __Jan.__, 2005

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__10/10/2004__                        __Joseph Bostic__
     Date                              (Signature of Plaintiff)

Witnessed
Joe Wilson
Law Clerk DCC

-4-

Lack of Treatment of Individuals situated in Similar medical Conditions, that pose a risk to health. And order defendants to promulgate policies and Procedures to accomplish that objective.

C. For such other and further relief as the Court may Deem approiate under the Circumstances.

D. All Legal Expenses that may be incurred in Furtherance of this Complaint.

## THE PARTIES

4. Plaintiff Joseph Bostic is an inmate in the custody to the Delaware Department of Correction, currently incarcerated at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

5. C.M.S. is or was the Medical Provider at the Delaware Correctional Center during the time of the Plaintiff's Medical problems.

6. Dr. Ko's, Dr Ivens, and Dr. Ostrich were the Defendants involved in the plaintiffs diagnose and eventual blindness.

## FACTUAL ALLEGATIONS

7. Plaintiff Joseph Bostic has been in the custody of the Delaware Department of Correction since 1986. During that time Mr Bostic has been housed at several different facilities.

8. Plaintiff Joseph Bostic has been a diabetic most of his life. He also became a dialysis Patient in 1996. He was diagnose with Glycoma & Caddaroax and was in need of eye surgery.

9. The Staff would make appointments 1998 thru 2000 and postphone them. In 2003 he had eye surgery and went completly blind. The Surgeons said that he had been brought to late, that if he had been brought sooner they may have saved his sight.

2

## COUNT-ONE
( 42 U.S.C. 1983)

10. Mr. Bostic realleges and incorporates by reference herein the allegations in paragraphs 1-9 of this Complaint

11. In Violation of 42 U.S.C. 1983, defendants, acting in their individual and official capacities, subjected Mr. Bostic to disabilities beyond that contemplated by incarceratin itself.

12. Despite their Knowledge and awareness of the Medical condition of Mr. Bostic, defendant's failed to take measures to insure the Mr. Bostic's sight would be insured. The Supreme Court noted that the Eighth Amendment prohibits punishments that "involve the unnecessary and wanton infliction of pain." This principle establishes the goverment's obligation to provide medical care for those whom it is punishing by indifference to serious medical needs of prisoners constitutes the "unnecessary and wanton infliction of pain"... proscribed by the Eighth Amendment. Quoting Greff v. Georgia, 428 U.S. 153, 173, 96 S. Ct. 2909, 49 L. Ed. 2d 859 (1976) Id. at 103,104.

13. Defendant' deleberiate indifference to Mr. Bostics' Serious Medical needs resulted in the eventual blindness of the Plaintiff. Estelle makes clear that there is no constitutional violation unless the inmate can show that defendants were deliberately indifferent to a "serious medical need." Thus, the determination of whether or not the Plaintiff's medical condition is "serious" is a critical determination. This is apparant in the Defendant's case that there was a serious medical need. Five factors have been held to be indicative of a "serious medical need."

1. First, "a medical need is 'serious' if it is one that has been diagnosed by a physician as mandating treatment. This was done in the Plaintiff's case.
2. Second, a need is serious if it is "one that is obvious that even a lay person would easily recognize the necessity for a doctor's attention. This is quite apparant in the Plaintiff's case.
3. Third, a need is serious if it causes pain. The Plaintiff was under considerable mental pain.

3

4. Fourth, if the medical condition "significantly affects and individual's daily acts," it may be deemed serious. Not being able to see certainly would fit into this catagory.

5. Finally, if the condition offers the possibility of a life-long handicap or permanent loss, it may be considered serious. The outcome of the delayed treatment is self evident.

## COUNT-TWO
### ( Gross Negligence )

14. Mr. Bostic realleges and incorporates by reference herein the allegations in paragraphs 1 thru 13 of this Complaint.

15. Defendants, acting in their individual capacities, exhibited and extreme departure from the ordinary standard of care in failing to give reasonable medical care that could have prevented the Plaintiff from going blind.

16. Defendants gross and wanton negligence resulted in Mr. Bostic suffering blindness.

17. One of the most common complaints of inmate's is that they are being provided with inadequate health care. Inmates, like free individuals, have health needs; however, at least two features distinguish the provision fo health care to inmates. First, inmates cannot provide for their own Medical Care. They are wholly dependent on prison or Jail Officals for that care. " An individual incarcerated... becomes both vulnerable and dependent upon the State...denial of necessary medical attention may well result in disabilites beyond that contemplated by the Incarceration itself... restrained by the Statethe authority to the State; the individual cannot himself seek medical aid Fidzke v. Shappell 468 F2d 1072,1076. The Supreme Court has noted that " Aninmate must rely on Prison Authorities to treat his Medical needsl if the Authorities fail to do so, those needs will not be met Estelle v. Gamble 429 U.S. 42, 54-55 108 S. Ct. 2250.

4

WHEREFORE, plaintiff Joseph Bostic respectfully demands the following relief:

A. That this Court enter judgement for Mr. Bostic and against defendants for damages, both actual and punitive, in an amount to be proven at trial.

B. That this Court enjoin Defendants from future Lack of Treatment of individuals situated in similar medical conditions. That pose a risk to health and order defendants to promulgate appropriate policies and procedures to accomplish that objective.

C. For such others and further relief as the Court may deem appropriate under the circumstances.

D. All Legal Expenses that may be incurred in furtherance of this Complaint.

### JURY DEMAND

Mr. Bostic demands a trial by Jury, of any issues triable of right by a Jury.

*/s/ Joseph Bostic*

Date 11/12/2004

Joseph Bostic S.B.I. 143792
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Witnessed By: */s/ Joe Wittrock*
Joseph Wittrock, Law Clerk
DCC Main Law Library

Joseph Bostic #143792
Delaware Correctional Center Infirmary
1181 Paddock Road
Smyrna, DE 19977

United States District Court
District of Delaware.
J. Caleb Boggs Federal Bldg.
844 King Street.
Lockerbox 18
Wilmington, DE 19801

U.S.M.S. X-RAY
U.S.M.S. X-RAY