IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH BOSTIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-150-JJF |
| | ) | |
| C.M.S.-P.HS-FMS, DR. KO's, | ) | |
| DR. IVENS, DR. OSTRICH, AND | ) | |
| MEDICAL STAFF, | ) | |
| | ) | |
| Defendants. | ) | |

**AUTHORIZATION**

FILED
APR 1 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Joseph Bostic, SBI #143792, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $1.17 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated March 17, 2006          , 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: March 30, 2006, 2006.

_____
Signature of Plaintiff

Witness Signature
_____

## Certificate of Service

I, _Joseph Bostic_, hereby certify that I have served a true
And correct cop(ies) of the attached: _Authorization For Payment
To the District Court_ upon the following
parties/person (s):

TO: _Business Office_
_Delaware Correctional Center_
_1181 Paddock Road_
_Smyrna, DE 19977_

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _3_ day of _April_, 200_6_

X _Joseph Bostic_

IM Joseph Bostic
SBI# 143792 UNIT 1NF
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.39 APR 07 2006
MAILED FROM ZIP CODE 19977

District Court of Delaware
844 King St.
Lockerbox 18
J. Caleb Boggs Bldg Fed
Wilm, DE 19801

Legal Mail.