AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. **06-150**

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

**FILED APR 11 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

_3/17/2006_
(Date forms issued)

_Joseph Bostic_
(Signature of Party or their Representative)

_Joseph Bostic_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

Witness Signature _____

I/M Joseph Bostic
SBI# 143792 UNIT 1NE
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

District Court of Delaware
844 King St.
Lockerbox 18
J. Caleb Boggs Bldg Fed
W/lm, DE 19801

Legal Mail