IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOSEPH BOSTIC,                    :
                                  :
         Plaintiff,               :
                                  :
    v.                            :   Civ. No. 06-150-JJF
                                  :
CMS (Correctional Medical         :
Services), PHS (Professional      :
Health Services), FMS (First      :
Correctional Medical), DR. KO,    :
DR. OSTRICH, and DR. IVEN,        :
                                  :
         Defendants.              :

## ORDER

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on July 13, 2006, the Court entered an Order requiring Plaintiff to complete and return USM-285 forms for each Defendant, informing Plaintiff that the United States Marshal would not serve the Complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the Order may result in the Complaint being dismissed or Defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 7);

WHEREAS, to date, none of the required USM-285 forms have been received from Plaintiff;

THEREFORE, at Wilmington this 13 day of December, 2006, IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m). Plaintiff is not

required to pay any previously assessed fees or the remaining balance of the $250.00 filing fee. The Clerk of the Court is directed to send a copy of this Order to the appropriate prison business office.

                                                          UNITED STATES DISTRICT JUDGE